IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK
COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

BRANDON DE'AUNDRE CLIFTON
NEW YORK, NEW YORK

CASE NO. _____

-AGAINST-

THE STATE OF NEW YORK, THE NEW YORK
DEPARTMENT OF HEALTH, FEDERAL
COMMUNICATIONS COMMISSION

JURY:   ☐ YES   ☐ NO

## Citizenship of the Parties

The plaintiff, Brandon De'Aundre Clifton, is a citizen of the State of New York or, if not lawfully admitted for permanent residence in the United States, a citizen.

## JURISDICTION

State and local government officials

## THE PLAINTIFF

Brandon D. Clifton
620 Malcolm X Blvd. Apt 17S
New York, NY 10037
Phone: (646) 734-8906

**DEFENDANT No.1**

New York State Department of State
Division of Corporations
One Commerce Plaza
99 Washington Avenue Albany, NY 12231
Phone: (845) 431-5782

**DEFENDANT No.2**

New York State Department of
Mental Health & Hygiene
160 W 100th St New York, NY 10025
Phone: (646) 364-0959

**DEFENDANT No.3**

Federal Communications Commission
45 L Street NE
Washington, DC 20554
Phone: 1-888-225-5322

**DEFENDANT No.4**

New York State Police Department
1 Police Plaza
New York, NY 10038
Phone: (646) 610-5541

**The following federal constitutional and statutory rights have been violated while residing at the following address:**

**Savoy Park Apartments: 620 Malcolm X Blvd, Apt 17S New York, NY 10037**

Human trafficking, voyeurism, breaking and entering, police brutality, sexual exploitation, extortion, fraud, theft, slavery, battery, tampering and manipulation of evidence, stalking, unwarranted tapping, false detainment, theft of intellectual property, racketeering with the attempt to remove all documentation pertinent to case, torture, menacing, forgery, violation of HIPPA, discrimination, harassment, negligence, endangerment, defamation, unlawful investigation and background check, mutilation, invasion of privacy, cognitive data theft, involuntary servitude, kidnapping, pharmaceutical and medical malpractice.

## STATEMENT OF CLAIM

During the months of January 2022 to November 2023 my cognitive function was virtually mapped to a cloning or macro program, that records audio, visual, and facial recognition data to a learning software powered by Artificial Intelligence. The use of volumetric display and direct energy laser devices to achieve three-dimensional human simulation, in conjunction with third-party data search tools, was then used for search engine optimization. They then used repetitive trial and error reenactments to assess human reaction to both my family and law enforcement with the intent to repeat the event again in the future for a larger audience. The use of external factors was done intentionally directly following the retention of my social media app. For all of 2022 those that I knew in the past were not able to get in touch with me and, all new relationships formed coincidentally were members of the drug community. All audio was played through an internal form of communication that was not disclosed until the first quarter of 2022. The provided information suggested surveillance dating back to college or longer. The effects of sensory stimuli are present until this day and selective enough to only target the keywords from the original objective, most of them being the names of my family members with the instruction to call. This would then be the start of intentional leaked exposure, Ponzi schemes, fraudulent invasions, unwarranted tapping, and a series of other undisclosed tactics to get human trafficking.

The information that was provided was initially recorded and did not require a physical presence to use the other end. Further to this, each broadcast or audio message came in strategically, to be played on a specific date and time. By June, the audio was set to be dissected and added more time to what was already an attack, geared to cause memory loss or delay brain function. Conveniently the results were ignored while I reported the name, location, and device that was used in an ongoing investigation. The knowledge of which I had none prior to this starting. There were a few users of the channel that had come on and spoke for what I assume was corporate and stated that we created this plan to find the person that was hacking the precincts and leaving a hole in an ongoing list of open investigations. While that is not me for me, I believe that the individual responsible would be the individual who offered me a job during this time. The state of New York would have this information and would be intentionally leaving this line open using a series of technically driven excuses, with no regard to my safety and with no one that

is allowing me to submit this information I remain a hostage with all virtual equipment that was used during the trade, accessible to other citizens of the United States. They would now be tampering with the witness and going out of their way to remove all evidence that would assist the outcome of my case. Evidence that the police had knowledge of this information prior to was noted during the break-in described in Doc. 2. During this timeframe, there would have been a domino effect of fraudulent activity specifically targeting my family, resume, and name. This would of course primarily be done only using the simulation software, that is linked to the investigations stated above.

Efforts made to remove or update my name and report to respective state agencies were made over the course of the year and a half. Intentionally forming a delay in time between my mother and I, causing the discourse and discomfort, that was said to be brought on by drug use.

The next stage began a series of investigative and interrogative methods using one's own guilt or assumption. They used a method that focused on every last word and was said at a lower volume. Without a known ending, it would include the beginning and end, dependent on whose statement you were following. These channels have been left on and built within a neuro-psychological pressure sensor, narrowing in on words remaining from a controlled word bank. Since this started, being falsely accused these have been running inadvertently to my well-being. The combination of all channels would create a conversational automated bot, geared to talk oneself into a cycle made for depression and suicide.

Forced exposure of my residence and genital area, while running a fraudulent rehabilitation scheme based on forged permissions, has allowed for the voyeurism that continues to expose me and only target all negative events that it sees. This includes pornography, sex, and selective statements in conversation. The enablement of drug use during said rehabilitation was obvious. However, the hacking and/or destruction of two televisions, two laptops, two monitors, and four mobile phones and four phone numbers, was not expected. Both internet and phone services were down for the majority of the first six months, and hired contractors were brought on to impersonate the voices of my family while they maintained supervision or to cause acts of data poising and prompt injection to a form of automation that seemed to be synced to the dialogue heard in my head only.

Again, excessive remote torture using neuro pressure sensor with two-way communication. The creation of biostable polymers and skin segmented locks to alter blood and oxygen levels during medical evaluations while storing drugs underneath groin area to be released at a delayed time. This was usually during interviews, phone conversations, and moments where others were allowed to be brought into my apartment, including the bedroom and bathroom, using that same undisclosed surveillance.

Orchestrating a series of copycat scams and racketeering over the course of five or more years, leading up to the year of the attack. This includes acts of identification fraud, data theft, breaking and entering, voyeurism. The manipulation of conversational artificial intelligence software to run a twenty-four-hour

VoIP channel underneath several other operational lines. The creation of voice recognized and verified IDs, of individuals found from my resume and Facebook page. Other accounts used include Google drive, email, and contact list, where they then conducted investigations not only into my background, and professional career but, that of my friends and former colleagues.

The prolonged, daunting, and excessive acts of audible torture played at levels that demonstrated endangerment and displayed a use of cognitive control and aggressive psychological practices. The use of the channel was then updated to perform selective data labeling functions while replaying moments of sexual activity or private discussion within seconds of occurrence. After a year of requesting the source and attempting to find the correct resource to address the matter, I assumed that it was simply a recording left on.

The year continued further to conduct human SIM research and development while including payments geared for prostitution and sexual exploitation. Residents and businesses were then told to perform repeated acts of verbal abuse and harassment. Interviews were met with bias noting that involved remotely sending electric currents through the body while thick layers of artificially made skin were trialed around neck, ankles, and wrist. The use of external iron was digitally inserted set to release upward causing dyspnea and dizziness.

I attempted to call and visit the local law enforcement at least five times over the course of the year and a half. When I called to report, they said that I had to go into the precinct, and when I got to the precinct, they said I had to go home and call 911. When I called, they said that they had to come to the house to file a report. Upon arrival, I let them in, they noted their body cam, and I told them about what happened. They chuckled, denied knowing S2BN Entertainment or Steve Rath, and said that they could not report it without proof or evidence. They also denied being able to start an investigation. This happened about three more times in an attempt to just get my name on record as having been one of the residents to complain, and two of those times, I was told that I am hearing things, and that I should contact Facebook first without having brought them up. They then held me down by force and escorted me to an outpatient facility while the ambulance was waiting outside. When I arrived to Harlem Hospital, they detained me for five days, without actual cause and then attempted to give anti-psychotic meds. Originally, this had been at New York Columbia Presbyterian., where they detained me for two days.

**INJURIES**

Four fillings, two teeth, auditory hallucinations, palpitations, dyspnea, numbness of foot, psychosis, chest pain, jaw pain, cyst in lower back, penial cyst, conductor scars on genital and anal area, electric burn

from prolonged usage of tapping, electrically powering body to run off on brain functions. Family distress and discourse, emotional distress, spinal cord relocation, skeletal relocation, skull relocation, cartilage relocation, mold toxicity, reproduction of skin, peripheral vascular disease.

**RELIEF**

I would like the court to financially repair all debt that was incurred during the years associated with this case. This would include but is not limited, credit cards, medical, rent, property damage and taxes. I would like a statement made that corrects any false blame or accusations that occurred in my name, including any statements were made to members of my family, friends, and former colleagues.

If possible, I would like the reporting of my cognitive data that was taken during this time, and/or an explanation of what took place. I would also like a statement that explains why I would have been absent from any day-to-day events that would have otherwise been expected.

I would like confirmation that all parties that committed acts of harm have been detained or prevented from committing the acts in the future. If possible, I would also like to know all parties that were indirectly or directly impacted because of this.

Lastly, any changes or updates made to any member of my family be updated and communicated by an authorized representative.

CERTIFICATION AND CLOSING:

I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation. (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law. 3) the factual contentions have evidentiary support or if specifically, so identified will likely have evidentiary support after a reasonable opportunity for further investigation or discovery and 4) the complaint otherwise complies with the requirements of Rule11.

I agree to provide the Clerk's office with any changes made to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

November 19, 2023,

Signature of Plaintiff  Brandon Clifton (Nov 19, 2023 22:23 EST)

Founder and CEO, Reflex Accounting Services, LLC.

Printed Name of Plaintiff: BRANDON D. CLIFTON

# COMPLAINT_CIVIL 11172023

Final Audit Report                                                         2023-11-20

| | |
|---|---|
| Created: | 2023-11-20 |
| By: | Brandon Clifton (cliftonbrandond@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZBIRxsp9w6FOYinog2iMAUj3e9cT0pxB |

## "COMPLAINT_CIVIL 11172023" History

- Document created by Brandon Clifton (cliftonbrandond@gmail.com)
  2023-11-20 - 3:17:22 AM GMT

- Document emailed to cliftonbrandond@outlook.com for signature
  2023-11-20 - 3:20:00 AM GMT

- Email viewed by cliftonbrandond@outlook.com
  2023-11-20 - 3:20:42 AM GMT

- Signer cliftonbrandond@outlook.com entered name at signing as Brandon Clifton
  2023-11-20 - 3:23:14 AM GMT

- Document e-signed by Brandon Clifton (cliftonbrandond@outlook.com)
  Signature Date: 2023-11-20 - 3:23:16 AM GMT - Time Source: server- Signature captured from device with phone number XXXXXXX8906

- Agreement completed.
  2023-11-20 - 3:23:16 AM GMT

Adobe Acrobat Sign