UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON DE'AUNDRE CLIFTON,

                Plaintiff,

-against-

STATE OF NEW YORK, et al.,

                Defendants.

23-CV-10257 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff proceeds in this action *pro se* and *in forma pauperis* ("IFP"). By order dated January 29, 2024, the Court directed Plaintiff to file an amended complaint, and warned that failure to comply could result in dismissal of the action. Plaintiff has not filed an amended complaint, however, on March 12, 2024, he filed a change of address. The Court grants Plaintiff an additional 30 days from the date of this order to file an amended complaint. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the Court will dismiss the complaint for the reasons set forth in the January 29, 2024 order.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  April 3, 2024
          New York, New York

                                  /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge