UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON DE'AUNDRE CLIFTON,<br><br>                              Plaintiff,<br><br>          -against-<br><br>STATE OF NEW YORK, ET AL.,<br><br>                              Defendants. | 23-CV-10257 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated April 3, 2024, the Court granted Plaintiff one final opportunity to file an amended complaint. That order specified that failure to file an amended complaint within 30 days would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   May 6, 2024
            New York, New York

                                       /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                   Chief United States District Judge