UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON DE'AUNDRE CLIFTON,<br><br>                         Plaintiff,<br><br>-against-<br><br>STATE OF NEW YORK, ET AL.,<br><br>                         Defendants. | 23cv10257 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 6, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 6, 2024
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                            Chief United States District Judge